UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MONIQUE MICELI

                                Plaintiff,                  Case No: 12-cv-2001

vs.

MCDONALD'S CORPORATION, a Foreign
Business Corporation

                                Defendant,
------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MONIQUE MICELI, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), hereby stipulates to a voluntary dismissal as to the Defendant McDonald's Corporation with prejudice.

Dated this 20th day of July, 2012

                                                               Respectfully submitted,

                                                               Christopher Robles (CR6222)
                                                               Attorney for the Plaintiff
                                                               471 54th Street
                                                               Brooklyn, NY 11220
                                                               Telephone: (718) 492-3600
                                                               Fax :      (718) 492-3008
                                                              Email: Detect2112@yahoo.com